2012V00684/dc
PAUL J. FISHMAN
United States Attorney
By: PETER W. GAETA
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel: 973.645.2927
Fax: 973.297.2042
peter.gaeta@usdoj.gov

ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

    Plaintiff,

- against -

$628,750.86 IN UNITED STATES
CURRENCY TRACEABLE TO
THE FORECLOSURE SALE OF
2578 SOUTH CARLTON
PLACE, ROWLAND HEIGHTS,
CALIFORNIA 91748,

    Defendant in rem.

- - - - - - - - - - - - - - - - - - - - - - - - -

Hon. Stanley R. Chesler, U.S.D.J.

Civil Action No. 12-4880 (SRC)

DEFAULT JUDGMENT AND
FINAL ORDER OF FORFEITURE

**WHEREAS**, on August 3, 2012, a Verified Complaint for Forfeiture was filed in the United States District Court for the District of New Jersey against the defendant property consisting of $628,750.86 in United States currency representing the excess proceeds from the foreclosure sale of 2578 South Carlton Place, Rowland Heights, California 91748, which had been purchased with proceeds traceable to violations of 18 U.S.C. § 2342(a) (hereinafter "defendant property") to enforce the provisions of 18 U.S.C. § 981(a)(1)(C) and

28 U.S.C. § 2461(c), which subjects to forfeiture to the United States any property constituting or derived from proceeds obtained directly or indirectly as a result of a violation of 18 U.S.C. § 2342(a); and

**WHEREAS**, pursuant to the Warrant for Arrest In Rem issued by the Clerk of the Court on August 7, 2012, the United States Department of Justice, United States Marshals Service, served the Los Angeles Superior Court located at Stanley Mosk Courthouse, Civil Operations, 111 North Hill Street, Room 116, Los Angeles, CA 90012, Attn: Wayne M. Sasaki, Administrator I, with copies of the Verified Complaint for Forfeiture, Warrant for Arrest In Rem, and a Notice of Forfeiture, requesting that they issue the United States a check for the defendant property, which represented the excess proceeds from the foreclosure sale of 2578 South Carlton Place, Rowland Heights, California 91748 (*See* Declaration of Peter W. Gaeta with Exhibits, Exhibit A, hereinafter "Gaeta Decl." filed herein); and

**WHEREAS**, on or about September 5, 2012, the Los Angeles Superior Court issued a check for the defendant property, consisting of $628,750.86 in United States currency representing the excess proceeds from the foreclosure sale of 2578 South Carlton Place, Rowland Heights, California 91748, which had been purchased with proceeds traceable to violations of 18 U.S.C. § 2342(a); and

**WHEREAS**, on or about December 5, 2006, as part of U.S. v. Shuang Ying Huang, Criminal No. 05-355-09 (JBS), a Consent Judgment and Preliminary Order of Forfeiture was entered for the forfeiture of 2578 South Carlton Place, Rowland Heights, California 91748, Lot number 58, Tract number 49329, wherein Shuang Ying Huang consented to the forfeiture of the real property as it was purchased with proceeds traceable to violations of 18 U.S.C. § 2342(a).

Shuang Ying Huang was sentenced to imprisonment for a term of 24 months and was scheduled for deportation to her native country following her jail sentence. Cheng Ming Hsu, a/k/a "Bruce", Shuang Ying Huang's husband, remains a fugitive at this time; and

**WHEREAS**, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, Notice of Civil Forfeiture was posted on an official internet government forfeiture website, namely www.forfeiture.gov for at least 30 consecutive days, beginning on August 11, 2012, notifying all parties of their right to file a claim with the Court within 60 days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the property (Gaeta Decl., Exhibit B); and

**WHEREAS**, in order to avoid forfeiture of the defendant property, any person claiming an interest in, or right against, the defendant property must file a conforming Claim under penalty of perjury identifying the specific property claimed, identifying the claimant and stating the claimant's interest in the property in the manner set forth in Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Actions, Federal Rules of Civil Procedure and 18 U.S.C. § 983(a)(4)(A), except that in no event may such Claim be filed by those known to be reasonably interested later than **September 13, 2012**, or, as applicable, no later than 30 days after the final publication of notice of the filing of the complaint or no later than 60 days after the first day of publication on an official government internet web site, namely www.forfeiture.gov; and

**WHEREAS**, no claim has been filed within the time required by Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and 18 U.S.C. § 983(a)(4)(A) for the defendant property by any potential claimant in this matter; and

**NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED:**

1. That a Default Judgment and a Final Order of Forfeiture is granted against the defendant property, namely $628,750.86 in United States currency representing the excess proceeds from the foreclosure sale of 2578 South Carlton Place, Rowland Heights, California 91748, which had been purchased with proceeds traceable to violations of 18 U.S.C. § 2342(a), and no right, title or interest in the defendant property shall exist in any other party; and

2. That any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposits, as well as any income derived as a result of the United States Marshals Service's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Marshals Service into the Department of Justice Asset Forfeiture Fund, in accordance with the law.

The Clerk is hereby directed to send copies to all counsel of record.

**ORDERED** this 20th day of November, 2012

_____
HONORABLE STANLEY R. CHESLER, U.S.D.J.
UNITED STATES DISTRICT COURT

4